IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

EDWARD ROBINSON, #04979-095                                      PETITIONER

VS.                                    CIVIL ACTION NO. 5:10cv87-DCB-RHW

BRUCE PEARSON, Warden                                            RESPONDENT

<u>ORDER</u>

    This cause came on this date to be heard upon the Report and Recommendation of the United States Magistrate Judge, after referral of hearing by this Court, and there being no objections thereto filed by either party, and the Court, having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

    IT IS, THEREFORE, ORDERED that the Report and Recommendation of United States Magistrate Judge Robert H. Walker be, and the same is hereby, adopted as the finding of this Court, and that Petitioner Edward Robinson's Petition [1] for a writ of habeas corpus under 28 U.S.C. § 2241 is DENIED and dismissed with prejudice.

    A separate judgment will be entered herein in accordance with this Order as required by Rule 58 of the Federal Rules of Civil Procedure.

    SO ORDERED, this the <u>13th</u> day of July, 2012.

                                        <u>s/David Bramlette</u>
                                        UNITED STATES DISTRICT JUDGE